IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YOUSEF G. GILALI,

    Plaintiff,

v.

                            ORDER

                        Case No. 22-cv-740-wmc

AMTRAK LA CROSSE,

    Defendant.

---

Plaintiff Yousef G. Gilali has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than January 24, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Yousef G. Gilali may have until January 24, 2023 to submit a trust fund account statement for the period beginning approximately June 27, 2022 and ending approximately December 27, 2022. If, by January 24, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of January, 2023.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge