IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YOUSEF G. GILALI,

    Plaintiff,

v.

                                            ORDER

AMTRAK LA CROSSE,

                                    Case No. 22-cv-740-wmc

    Defendant.

On January 3, 2023, the court entered an order giving plaintiff Yousef G. Gilali until January 24, 2023 to submit a certified trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint to support his motion to for leave to proceed without prepaying the filing fee. That order was returned to the court undelivered. Accordingly, plaintiff may have an enlargement of time to submit the trust account statement.

ORDER

IT IS ORDERED that plaintiff Yousef G. Gilali may have until February 14, 2023 to submit a trust fund account statement for the period beginning approximately June 27, 2022 and ending approximately December 27, 2022. If, by February 14, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 23rd day of January, 2023.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge